# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SEVEN ARTS FILMED ENTERTAINMENT LIMITED, an English corporation; CONTENT MEDIA CORPORATION PLC, an English corporation,<br><br>    Defendant. | Case No. CV-11-07748-AB (FMOx)<br><br>**[PROPOSED] ORDER RE JOINT STATUS REPORT AND ORDER OF DISMISSAL**<br><br>Hon. André Birotte Jr. |

The Court has reviewed the parties' Joint Status Report. Based on the representations therein and the stipulation and agreement of the Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby DISMISSES this action.

**IT IS SO ORDERED.**

Dated: January 16, 2018

The Honorable André Birotte Jr.
Judge, United States District Court

Prepared By:

/s/
LINDA M. BURROW
BOIES SCHILLER FLEXNER LLP
Attorneys for PARAMOUNT PICTURES CORPORATION